IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

    Plaintiff,

v.                                                                                          No. 10-CV-1179 WJ-DJS

ENHANCED RECOVERY CORPORATION d/b/a
ENHANCED RECOVERY COMPANY LLC,

    Defendant.

## APPLICATION FOR WRIT OF GARNISHMENT

Richard Obenauf, the judgment creditor, by and through his attorneys of record, Treinen Law Office states:

1. The judgment creditor obtained a default judgment in the amount of $10,649.75 in this Court's Amended Memorandum Opinion and Order dated May 2, 2011, Doc. No. 22. No payments have been made toward this amount.

2. Judgment debtor, to judgment creditor's knowledge, does not have sufficient property within New Mexico subject to execution to satisfy the judgment.

3. Judgment creditors have reason to believe, and do believe, that the Garnishee, Wells Fargo Bank, N.A. holds or controls money or personal property which belongs to the judgment debtor or is indebted to the judgment debtor. The money or property held by the garnishee is not exempt from garnishment.

Therefore, judgment creditor requests a Writ of Garnishment.

Respectfully submitted,

TREINEN LAW OFFICE, Attorneys for Plaintiff

_____
ROB TREINEN
500 Tijeras Ave. NW
Albuquerque, NM 87102
(505) 247-1980
(505) 843-7129 (fax)