06/14/2011  4:52PM (GMT-05:00)

3594881

REQU...

11 JUN 22 PM 3: 57

CLERK-ALBUQUERQUE

IN THE UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

    Plaintiff,

v.     No. 10-CV-1179 WJ-DJS

ENHANCED RECOVERY CORPORATION d/b/a
ENHANCED RECOVERY COMPANY LLC,

    Defendant.

Balance Due Upon Application for Writ: $10,649.75

TO:  Wells Fargo Bank, N.A., Garnishee

## ANSWER BY GARNISHEE

In answer to the writ of garnishment, garnishee states (complete only applicable parts of this form):

1. Wages

   [X]  I do not employ the judgment debtor or pay the judgment debtor any wages.

   [ ]  The judgment debtor was my employee but is not any longer. Judgment debtor's employment was ended _____, _____, before I was served with the writ of garnishment.

   [ ]  I pay the judgment debtor $_____ (per week) (per hour) (per_____) as wages.

| | |
|---|---|
| GROSS WAGES per pay period | $_____ |
| Federal income tax | $_____ |
| F.I.C.A. | $_____ |
| State income tax | $_____ |
| Other deduction required by law | $_____ |
| NET WAGES per pay period | $_____ |
| | |
| 75 Percent of net wages per pay period | $_____ |

   40 times weekly federal minimum
   wage for each week in pay

NO. 9675   P. 10          JUN. 14. 2011  4:21PM   WELLS FARGO

period _____        $_____

2.  Money other than wages

   [ ]  I do not now owe the judgment debtor any money.

   [X]  I owe the judgment debtor $ 10,649.75

   [ ]  I did not owe the judgment debtor any money at the time of the service of the writ of garnishment; however, between the date of the service of the writ of garnishment and the date of filing this answer the sum of $_____ belonging to the judgment debtor came into my possession.

   [ ]  On the date of this answer I do not now owe the judgment debtor any money.

3.  Property other than money

   [X]  I have no property of the judgment debtor in my possession and have not received any since receiving the writ of garnishment.

   [ ]  I have in my possession the following property which belongs to the judgment debtor:

   (description)        (approximate value)
   _____        $_____
   _____        $_____

4.  Wage withholding

   (check and complete all applicable alternatives)

   [ ]  I am presently withholding _____% of the judgment debtor's net disposable earnings pursuant to the Support Enforcement Act. (Attach a copy of order and file it with this answer.)

   [ ]  I have been served with other writs or orders to withhold wages of the above judgment debtor which have not been satisfied. (If you have been served with other writs of garnishment or court orders to withhold wages of the above judgment debtor, attach and file a copy of each writ or order with this answer.)

   [ ]  The percent of the judgment debtor employee's net disposable earnings I am presently withholding for all garnishment proceedings is _____% of the debtor's net disposable earnings.

5.  Money other than wages

   [ ]  I have been served with other writs or orders to withhold money owed to the above

judgment debtor which have not yet been satisfied. (Attach a copy of each order and file it with this answer.)

6. Service requirements compliance

[X] I have sent the following papers which have been provided to me by the judgment creditor to the judgment debtor:

if wages withheld: a copy of the application for a writ of garnishment; the writ of garnishment; and a copy of this answer have been mailed to each judgment debtor.

if money or property other than wages withheld: a copy of the application for a writ of garnishment; the writ of garnishment; a notice of right to claim exemptions; a claim of exemption form and a copy of this answer have been mailed to each judgment debtor.

[ ] I am not aware of the location or address of the judgment debtor and therefore am unable to serve the notices set forth in this paragraph.

[X] A copy of this answer has been mailed or delivered to the judgment creditor.

7. Attorneys fees

[X] The garnishee has incurred $ ___0___ in attorney's fees in preparing this answer.

The undersigned, the named garnishee, or an officer, partner or authorized representative of the named garnishee verifies that the foregoing answer by garnishee is true to the best of garnishee's knowledge and belief; that the undersigned is the custodian of the records upon which the answer is based, and that the answer is true and correct based upon these records.

_____
Signature of garnishee or attorney

___C. Bennett___
Printed name of person signing

_____
Address

_____
City, state and zip code (print)

_____
Telephone number

WELLS FARGO BANK
LEVY PROCESSING
MAC S3928-021
PO BOX 29779
PHOENIX, AZ 85038-9779

480-724-2000

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of  Arizona  } ss.
County of  Maricopa  }

On this the  17  day of  Jun , 2011 , before me,  Julia Lopez , the undersigned Notary Public, personally appeared  T. Bennett 
Name(s) of Signer(s)

☒ personally known to me – OR –

☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

[Seal: OFFICIAL SEAL / JULIA A. LOPEZ / NOTARY PUBLIC - State of Arizona / MARICOPA COUNTY / My Comm. Expires June 3, 2014]

Signature of Notary Public

Other Required Information (Printed Name of Notary, Residence, etc.)

Place Notary Seal and/or Any Stamp Above

─────────── OPTIONAL ───────────

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

Right Thumbprint of Signer

Top of thumb here

© 2002 National Notary Association · 9350 De Soto Ave., P.O. Box 2402 · Chatsworth, CA 91313-2402 · www.NationalNotary.org

**WELLS FARGO**

Wells Fargo Bank, N.A.
Levy Processing
MAC S3928-021
PO Box 29779
Phoenix, AZ 85038

United States District Court
333 Lomas Blvd, NW
Albequerque, NM 87102

Case 1:10-cv-01179-WJ-DJS   Document 25   Filed 06/22/11   Page 6 of 6