IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD OBENAUF,

       Plaintiff,

v.                                                            No. 10-CV-1179 WJ-DJS

ENHANCED RECOVERY CORPORATION d/b/a
ENHANCED RECOVERY COMPANY LLC,

       Defendant.

**JUDGMENT ON WRIT OF GARNISHMENT AND ORDER TO PAY**

This matter coming before the Court on Plaintiff's Application for Writ of Garnishment,

Docket No. 23, and the Garnishee's Answer, Docket No. 25, THE COURT FINDS:

1.     At the time the Writ of Garnishment was served on Wells Fargo Bank, N.A., the

Garnishee, it held the amount of $10,649.75 on behalf of the Defendant.

2.     The total amount of judgment is $10,649.75.

**THE COURT ORDERS:**

1.     Wells Fargo Bank, N.A., the Garnishee, shall pay the sum of  $10,649.75 to Plaintiff.

_____

HONORABLE WILLIAM P. JOHNSON
United States District Court Judge